# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FRED POTOK, INDIVIDUALLY AND AS TRUSTEE OF THE FLOORGRAPHICS, INC. MINORITY SHAREHOLDER TRUST

          v.

RICHARD G. REBH, RICHARD REBH, ELIZABETH REBH, EXECUTOR OF THE ESTATE OF GEORGE L. REBH, DECEASED, MICHAEL DEVLIN AND YVES ANIDJAR, NEWS AMERICA MARKETING IN-STORE SERVICES, LLC, NEWS AMERICA MARKETING IN-STORE LLC, NEWS AMERICA MARKETING IN-STORE SERVICES, INC.

PETITION OF: FRED POTOK, INDIVIDUALLY AND AS TRUSTEE OF THE FLOORGRAPHICS, INC. MINORITY SHAREHOLDER TRUST

: No. 207 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

FRED POTOK, INDIVIDUALLY AND AS TRUSTEE OF THE FLOORGRAPHICS, INC. MINORITY SHAREHOLDER TRUST

          v.

RICHARD REBH, ELIZABETH REBH, EXECUTOR OF THE ESTATE OF GEORGE L. REBH, DECEASED, MICHAEL DEVLIN, YVES ANIDJAR, NEWS AMERICA MARKETING IN-STORE SERVICES, L.L.C., NEWS AMERICA IN-STORE L.L.C. AND NEWS AMERICA MARKETING IN-STORE SERVICES, INC.

: No. 208 EAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

```
                                          :
PETITION OF: FRED POTOK,                  :
INDIVIDUALLY AND AS TRUSTEE OF            :
THE FLOORGRAPHICS, INC. MINORITY          :
SHAREHOLDER TRUST                         :
```

## ORDER

**PER CURIAM**

   **AND NOW**, this 31st day of October, 2017, the Application to File Under Seal is

**GRANTED** and the Petition for Allowance of Appeal is **DENIED**.